IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01585-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

KQKS-FM,
JEFFERSON PILOT COMMUNICATIONS, n/k/a LINCOLN FINANCIAL MEDIA,
JEFFERSON PILOT FINANCIAL, n/k/a LINCOLN FINANCIAL GROUP,

Defendants.
_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion Regarding Not Receiving the Defendants** [sic] **Motions** [Doc. # 31, filed 10/25/06] (the "Motion"). The Motion is duplicative of Doc. #21, filed by the plaintiff on October 20, 2006. Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

Dated November 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge